■ ERNEST LINTON et al., Respondents, v. CURTISS-WRIGHT CORPORATION, METALS PROCESSING DIVISION, Appellant.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order of Erie Special Term denying defendant's motion for a stay of the action pending arbitration.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ ANTHONY GUARINO, an Infant, by ANTHONY GUARINO, SR., His Guardian ad Litem, et al., Respondents, v. GERMAN ROMAN CATHOLIC ORPHAN HOME OF BUFFALO, Appellant.— Order insofar as appealed from affirmed, with $10 costs and disbursements. Memorandum: We construe the decision of the Special Term to require that the amended complaint in the action of Anthony Guarino should be limited to injuries affecting him. All concur, except Williams, J., who dissents and votes for reversal and for granting the motion. (Appeal from part of an order of Erie Special Term denying that part of defendant's motion which demanded severance of the causes of action of the infant plaintiff Anthony Guarino.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.